**Gary MERRITT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42646.**

Missouri Court of Appeals,
Western District.

Oct. 16, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 4, 1990.

Application to Transfer Denied
Jan. 9, 1991.

David S. Durbin, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b)